IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BLOCK USA GULF COAST
DIVISION, L.L.C.
       Plaintiff,

vs.                                   3:06cv455/MCR/MD

WHITEMAN MASONRY, INC., et al.
       Defendants.

## REPORT AND RECOMMENDATION

       This cause is before the court upon plaintiff's notice of dropping parties. Plaintiff seeks, pursuant to Rule 21 of the Federal Rules of Civil Procedure, to drop defendants Kraft Construction Company, Inc. and Safeco Insurance Company of America as defendants in this case. (Doc. 11). Good cause having been shown, these two parties shall be dropped as defendants in this action. The remaining defendants are Whiteman Masonry, Inc., and Charles J. Whiteman a/k/a Charles Whiteman a/k/a Chuck Whiteman.

       Accordingly, it is respectfully RECOMMENDED:

       The plaintiff's "notice of dropping parties" (doc. 11) be GRANTED, that defendants Kraft Construction Company, Inc. and Safeco Insurance Company of America be dropped as defendants in this case, and that the clerk amend the docket to so reflect

       At Pensacola, Florida, this 16th day of February, 2007.


/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).