IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BLOCK USA GULF COAST
DIVISION, L.L.C.,**
    Plaintiff,

vs.                                CASE NO.: 3:06cv455/MCR/MD

**WHITEMAN MASONRY, INC., et al.,**
    Defendants.

---

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 16, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's "notice of dropping parties" (doc. 11) is GRANTED, the defendants Kraft Construction Company, Inc. and Safeco Insurance Company of America are dropped as defendants in this case, and the clerk shall amend the docket to so reflect.

    DONE AND ORDERED this 20th day of March, 2007.

                                  s/ _M. Casey Rodgers_
                                  **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**