**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**BLOCK USA GULF COAST DIVISION, L.L.C.,**
an Alabama limited liability corporation,
    Plaintiff,

vs.                                                     CASE NO.: 3:06cv455/MCR/MD

**WHITEMAN MASONRY, INC., et al.,**
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 13, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's motion for summary judgment (doc. 22) is GRANTED.

    3.    Judgment is entered for the plaintiff jointly and severally against defendants Whiteman Masonry, Inc. and Charles J. Whiteman a/k/a Charles Whiteman a/k/a Chuck Whiteman in the amount of $82,294.39, plus accrued interest at 18% per annum through March 15, 2007 of $28,724.75, plus a per diem of $40.58 thereafter through the date that judgment is entered.

**4.** Plaintiff's counsel is required to submit appropriate supporting documentation to sustain an award of reasonable attorneys' fees and costs within thirty days from the date of this order.

**DONE AND ORDERED this 16th day of May, 2007.**

           *s/ M. Casey Rodgers*
           **M. CASEY RODGERS**
           **UNITED STATES DISTRICT JUDGE**