IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BLOCK USA GULF COAST DIVISION, L.L.C.,**
    Plaintiff,

vs.                                            CASE NO.:  3:06cv455/MCR/MD

**WHITEMAN MASONRY, INC., et al.,**
    Defendants.
_____/

O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 6, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     Plaintiff's counsel, McDonald-Fleming-Moorehead, is awarded the sum of $6,357.25 as reasonable attorney fees plus $400 in costs.

    DONE AND ORDERED this 1st day of October, 2007.

                                                    s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**