IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BLOCK USA GULF COAST DIVISION, L.L.C.**
an Alabama limited liability corporation,
       Plaintiff,

vs.                             3:06cv455/MCR/MD

**WHITEMAN MASONRY, INC. et al.,**
       Defendants.

## ORDER

This case is before the court upon the plaintiff's motion to compel answers to interrogatories and production of documents and to impose sanctions. (Doc. 44). Plaintiff seeks discovery in order to aid in execution on a judgment against defendants Whiteman Masonry, Inc., and Charles J. Whiteman a/k/a Charles Whiteman a/k/a Chuck Whiteman. Judgment was entered against these defendants on May 16, 2007 in the amount of $82,294.39, plus accrued interest, fees and costs after they failed to oppose plaintiff's motion for summary judgment and failed to object to the recommendation of the undersigned that the motion be granted.

On March 12, 2008, plaintiff served defendants with a notice of service of Interrogatories in Aid of Execution, Interrogatories in Aid of Execution, and Plaintiff's Request for Production, pursuant to Fed.R.Civ.P. 69(a)(2). Defendants failed to respond or object either by the April 16, 2008 due date or thereafter, and plaintiff's counsel sent a letter to defendants on January 8, 2009 in an unsuccessful attempt to resolve this matter without court intervention.

**Accordingly it is ORDERED:**

Plaintiff's motion to compel answers to interrogatories and production of documents and to impose sanctions (doc. 44) is GRANTED.

Because one year has passed since the interrogatories and request for production were served, within three (3) days from the date of this order, plaintiff shall re-serve these its discovery request on the defendants along with a copy of this order.  Defendants shall respond within twenty (20) days from the date of this order.

Within twenty (20) days from the date of this order, plaintiff's counsel shall submit appropriate supporting documentation to sustain an award of reasonable attorneys' fees and costs associated with filing this motion.  Defendants shall have ten (10) days from the date of service of that motion to object.

Defendants are advised that failure to respond to plaintiff's legitimate discovery requests may result in the imposition of additional sanctions, including additional costs and/or incarceration for contempt.

**DONE AND ORDERED** this 16th day of March, 2009.

/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:06cv455/MCR/MD*